UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ROLLS-ROYCE MOTOR CARS LIMITED and
ROLLS-ROYCE MOTOR CARS NA, LLC

        Plaintiff(s),

v.

ONE SOURCE TO MARKET, LLC
d/b/a HEXCLAD

        Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:23-cv-08387-EP-JSA

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Marc P. Mittal*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Joshua D. Rievman

Address: Dunning Rievman & MacDonald LLP
1350 Broadway, Suite 2220
New York, NY 10018

E-mail: jrievman@drmlaw.com
(One email address only)