Christopher J. Dalton
**Buchanan Ingersoll & Rooney PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, N.J. 07102
Telephone: (973) 424-5614
Facsimile: (973) 273-9430

David M. Kelly*
Robert D. Litowitz*
Clint A. Taylor*
**KELLY IP, LLP**
1300 19th Street NW, Suite 420
Washington, D.C. 20036
Telephone: (202) 808-3570
Facsimile: (202) 354-5232

*Admitted Pro Hac Vice*

Attorney for Plaintiffs/Counterclaim Defendants
Rolls-Royce Motor Cars Limited
and Rolls-Royce Motor Cars NA, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROLLS-ROYCE MOTOR CARS LIMITED and ROLLS-ROYCE MOTOR CARS NA, LLC,**<br><br>      **PLAINTIFFS/COUNTERCLAIM DEFENDANTS,**<br><br>    v.<br><br>**ONE SOURCE TO MARKET, LLC d/b/a HEXCLAD**,<br><br>      **DEFENDANT/COUNTERCLAIM PLAINTIFF.** | Civil Action No. 2:23-cv-08387-EP-JSA<br><br>**NOTICE OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM FOR DECLARATORY JUDGMENT** |

TO:     Mark P. Misthal, Esq.            Josh Riveman, Esq.
Patrick B. Monahan, Esq.        **DUNNING RIEVMAN &**
**GOTTLIEB, RACKMAN &**      **MACDONALD LLP**
**REISMAN, P.C.**                          1350 Broadway, Suite 2220
270 Madison Avenue, 8th Floor     New York, NY 10018
New York, NY 10016                (646) 435-0027
(212) 684-3900

*Attorneys for Defendant/Counterclaim Plaintiff One Source to Market, LLC d/b/a HexClad*

**PLEASE TAKE NOTICE** that on December 4, 2023, or a date to be set by the Court, Plaintiffs/Counterclaim Defendants Rolls-Royce Motor Cars Limited and Rolls-Royce Motor Cars NA, LLC (collectively, "Rolls-Royce"), by and through its undersigned attorneys Buchanan Ingersoll & Rooney PC and Kelly IP, LLP, will move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for the entry of an Order dismissing with prejudice the counterclaims of Defendant/Counterclaim Plaintiff One Source to Market, LLC d/b/a HexClad's ("HexClad") in this action.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, as the Court's Text Order of October 31, 2023 directed (DE 30), Rolls-Royce will rely on the *accompanying* Brief, as well as all other papers and pleadings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Respectfully submitted,

Dated: November 2, 2023

**BUCHANAN INGERSOLL & ROONEY PC**

By: <u>*/s/ Christopher J. Dalton*</u>
Christopher J. Dalton
**Buchanan Ingersoll & Rooney PC**
550 Broad Street, Suite 810
Newark, N.J. 07102
Telephone: (973) 424-5614
Facsimile: (973) 273-9430

David M. Kelly*
Robert D. Litowitz*
Clint A. Taylor*
**KELLY IP, LLP**
1300 19th Street NW, Suite 420
Washington, D.C. 20036
david.kelly@kelly-ip.com
rob.litowitz@kelly-ip.com
clint.taylor@kelly-ip.com
Phone: (202) 808-3570
Fax: (202) 354-5232

*Admitted Pro Hac Vice*

**Attorneys for Plaintiffs/Counterclaim Defendants Rolls-Royce Motor Cars Limited and Rolls-Royce Motor Cars NA, LLC**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served the foregoing notice of motion, brief in support, and proposed form of order were upon all counsel registered to receive Notices of Electronic Filing via the Court's CM/ECF system.

Dated:  November 2, 2023                                              /s/ *Christopher J. Dalton*

4